**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6406**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAM EDWARD JONES,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-89-19-BO, CA-96-1072-5-BO)

---

Submitted: July 2, 1998         Decided: July 16, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Sam Edward Jones, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion. We have reviewed the record and the district court's opinions and find no reversible error. We decline to address the district court's comment that Appellant actively employed the gun because we find that the district court properly found the record clearly indicates that the jury found that Appellant "carried" a gun, in violation of 18 U.S.C. § 924(c) (1994). See United States v. Hudgins, 120 F.3d 483, 487 (4th Cir. 1997). Accordingly, we find that the district court properly determined that Appellant "carried" a gun during and in relation to a drug trafficking crime. We therefore deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-89-19-BO; CA-96-1072-5-BO (E.D.N.C. Mar. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2